# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 2:04-cr-57-DBH-01 |
| ) | |
| LEROY MOSLEY, JR. ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ENLARGING TIME TO FILE NOTICE OF APPEAL

The Court of Appeals for the First Circuit entered an Order of Court on February 15, 2012, requesting "a ruling whether the district court will enlarge the time for filing an appeal and will consider this notice of appeal timely filed." (Docket Item 231). Under the facts and circumstances presented in that Order, I do find a showing of excusable neglect or good cause and enlarge the time for filing the notice of appeal and I do consider the appeal timely filed.

SO ORDERED.

DATED THIS 16TH DAY OF FEBRUARY, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**